# United States District Court



**FILED**

ROBERT D. DENNIS, CLERK
DEC 16 2006
U.S. DIST. COURT WESTERN DIST. OF OKLA
BY _____ DEPUTY

_____ WESTERN _____ DISTRICT OF _____ OKLAHOMA

UNITED STATES OF AMERICA
V.
NEIL JASON WILFONG,

**CRIMINAL COMPLAINT**

CASE NUMBER: M-06 **254**-AR

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of

my knowledge and belief. On or about December 15, 2006, in the Western District of Oklahoma, the

defendant,

through the use of a telephone, willfully made a threat and maliciously conveyed false information
knowing it to be false to Tinker Air Force Base concerning an attempt and an alleged attempt to
be made to kill, injure, and intimidate individuals and unlawfully to damage and destroy a
building by means of an explosive,

in violation of Title 18, United States Code, Section 844(e).

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation, and that this

Complaint is based on the following facts:

See attached Affidavit of Special Agent Ty A. Thomas, which is incorporated and made
a part hereof by reference.

Continued on the attached sheet and made a part hereof:  X Yes  No

Signature of Complainant
TY A. THOMAS
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, on this **16th** day of December 2006, at Oklahoma City,
Oklahoma.  **at 9:10 Am. DWA**

DOYLE W. ARGO
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, TY A. THOMAS, being duly sworn, depose and say:

1.    I am a Special Agent (SA) with the Federal Bureau of
Investigation (FBI) within the meaning of Title 18, United
States Code Section 3052, and as such, am an officer of the
United States who is authorized to investigate violations of the
laws of the United States and to execute warrants issued under
the authority of the United States.  I began training at the FBI
Academy at Quantico, Virginia, in May 2006.  I have been a
Special Agent with the FBI since September 2006.  I graduated
from the FBI Academy in August 2006.  Since that time, I have
conducted investigations involving international and domestic
terrorism matters.  I have experience debriefing confidential
sources and witnesses.  Moreover, at the FBI Academy, I received
training in advanced interview and interrogation techniques.

2.    This Affidavit is submitted in support of a complaint
against Neil Jason Wilfong ("Wilfong"), a white male, born July
28, 1971.  As will be shown herein, your Affiant submits there
is probable cause to believe that on or about December 15, 2006,
Wilfong committed a criminal act in violation of Title 18,
United States Code Section 844(e),that is willfully making a
telephone bomb threat.  Specifically, on the morning of December
15, 2006, Wilfong used a telephone facility to make a bomb
threat against the Tinker Air Force Base.
3.    The information contained in this Affidavit is based upon
my personal participation in this investigation, as well as
information that I obtained from my conversations with other
agents of the FBI, Task Force Officers (TFO), federal and local
law enforcement officers, and civilian witnesses.  This
Affidavit is being submitted for the limited purpose of
presenting facts which support probable cause to believe Wilfong
committed the violation alleged herein.  As such, I have not
included each and every fact known to me concerning this
investigation.  Rather, I have set forth only the facts that I
believe are necessary to establish probable cause.  Those facts
are as follows:    $\cancel{2}$ $\cancel{\text{RWJA}}$

4.    On December $\cancel{8}$, 2006, at approximately 7:55 a.m., a male
placed a call to telephone number(405) 734-4689, which is an
office telephone in the 3001 Building at Tinker Air Force Base
(TAFB).  This office is located in the area where Wilfong's
mother, Francis Ferriera ("Ferriera"), is employed.  A
receptionist answered the telephone call.  The male asked to

speak with Ms. Ferreira. The receptionist told him Ferriera was not available.  Wilfong stated that it was good she was not there because there is a bomb in the building.  The receptionist immediately contacted the TAFB Security Forces Office of Investigation (SFOI) to report the bomb threat.  The 3001 Building was evacuated and the bomb K-9 unit was sent in to search the building.  No bomb was located on the premises.

5.    TAFB SFOI interviewed Ferreira and learned of Wilfong's brother, Eric Wilfong ("Eric").  Wilfong has felony charges pending against him for assaulting Eric.  Ferreira also told TAFB SFOI that Wilfong had a girlfriend named Geanie Barr ("Barr").   Per Ferreira, Wilfong has been living with Barr at 12330 S. Green Lea Chase, Oklahoma City, Oklahoma.  When asked about the call, Ferreira stated that it sounded like something Wilfong would say.  She further stated that Wilfong had attempted to call her all morning, but she refused to accept his calls.

6.    Following their interview with Ferriera, TAFB SFOI attempted to call Wilfong's telephone number.  However, the calls to that number had all been forwarded to a local Pizza Hut.

7.    TAFB SFOI telephoned Barr.  Barr stated that she and Wilfong were no longer together as of three days ago.  Barr also confirmed the address where she and Wilfong had been living.

8.    Ferreira also provided TAFB SFOI with Wilfong's cellular telephone number, (405) 664-7465.  A Cingular Wireless telephone usage report confirmed that this was the telephone used to call the TAFB receptionist at 7:55 a.m.  The report also shows that at 8:08 a.m. Wilfong forward his calls to (405)270-0000, which is a general number for Pizza Hut.

9.    At around 12:00 p.m., Wilfong telephoned Ferriera and told her he was at 12330 S. Green Lea Chase.  Ferriera provided the information to TAFB SFOI.  TAFB SFOI notified Oklahoma City Police Department (OCPD) and the FBI.  TAFB SFOI followed OCPD to the address.  TAFB SFOI indicated that they spotted Wilfong as he was leaving the subdivision in a White Chevrolet S-10 with Oklahoma License Plate AMJ283.  As he was driving, TAFB SFOI observed Wilfong ducking his head to avoid being seen by the approaching law enforcement vehicles. Officers with OCPD arrested Wilfong shortly thereafter. FBI agents arrived at the scene while OCPD was in the process of making the arrest. According to OCPD officers, Wilfong was using his cellular

telephone, the telephone used to make the threat against Tinker
Air Force Base, as they made the arrest.

10.   While on the scene, I asked Wilfong for verbal consent to
examine his cellular telephone.  He consented.  During my
examination of the telephone, I found a recent call listing with
the telephone number (405) 734-4689, which is the telephone
number at TAFB where the bomb threat was placed.

11.   Following his arrest, Wilfong was transported to the
Oklahoma City FBI Field Office by OCPD, TAFB SFOI, and FBI. FBI
Special Agent Jeff Anderson, TAFB SFOI Dusty L. Maugh, and I
were present during Wilfong's interview.  After being advised of
his Miranda rights, Wilfong signed a standard Advice of Rights
waiver. I led the interview questioning. During the interview,
Wilfong explained that he was frustrated because his mother was
not accepting his calls and lacked judgment when he called
Tinker Air Force Base and made the bomb threat. Wilfong
memorialized verbal statements in a written confession at 4:04
p.m.



Remainder of page blank.

12.   Based upon the foregoing facts, I allege that there is probable cause to believe Wilfong violated 18 U.S.C. 844(e).


Further Affiant sayeth not.



TY A. THOMAS
Special Agent
Federal Bureau of Investigation
Oklahoma City, Oklahoma


Subscribed and sworn to before me this _16_ day of _December_, 2006.



U.S. Magistrate Judge
DOYLE W. ARGO